# United States Court of Appeals

### For the Eighth Circuit

_____

No. 22-1008

_____

United States of America

*Plaintiff - Appellee*

v.

Travis Lee McKie

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: July 18, 2022
Filed: July 21, 2022
[Unpublished]

_____

Before BENTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Travis McKie appeals the sentence the district court[1] imposed after he pleaded guilty to a child pornography offense. His counsel has moved to withdraw and has

_____

[1]The Honorable John A. Jarvey, then Chief Judge, United States District Court for the Southern District of Iowa, now retired.

filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

Upon careful review, we conclude that McKie's sentence was not unreasonable, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors, see <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); and the court imposed a sentence below the Guidelines range, see <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that when district court has varied below Guidelines range, it is "nearly inconceivable" that court abused its discretion in not varying downward further).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motions to withdraw.

_____